

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

**CRIMINAL CASE COVER SHEET**

**County of Offense / Division of Filing**

Boone / Central

**Matter to be Sealed**

☒ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Chandelle Eugene Marteen
Alias Name:
Birth Date: 06/19/1984

**Related Case Information**

Superseding Indictment? ☐ Yes ☒ No   If yes, original case number:
New Defendant(s)? ☐ Yes ☒ No
Prior Complaint Case Number, if any:
Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA  Lynn, Jimmy Y. Jr.

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☒ No
**Warrant Required?** ☒ Yes ☐ No

**U.S.C. Citations**

Total # of Counts    21

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT FRAUD. | 1 |
| 2 | 18:1344A.F BANK FRAUD | 2-10 |
| 3 | 18:1708.F THEFT OR RECEIPT OF STOLEN MAIL MATTER | 11-14 |
| 4 | 18:1028A.F FRAUD WITH IDENTIFICATION DOCUMENTS | 16-22 |

(May be continued on reverse)

revised: 02/09/2021