**County of Offense / Division of Filing**

Boone / Central

**Matter to be Sealed**
☒ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Jason Lee Patillo

Alias Name:

Birth Date: 04/10/1974

**Related Case Information**

Superseding Indictment? ☐ Yes ☒ No  If yes, original case number: _____
New Defendant(s)? ☐ Yes ☒ No

Prior Complaint Case Number, if any: _____

Prior Target Letter Case Number, if any: _____

**U.S. Attorney Information**

AUSA  Lynn, Jimmy Y. Jr.

**Interpreter Needed?**

☐ Yes   Language and/or Dialect: _____
☒ No

**Location Status**

Arrest Date: _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required?  ☐ Yes  ☒ No
Warrant Required?  ☒ Yes  ☐ No

**U.S.C. Citations**

Total # of Counts   1

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT FRAUD. | 1 |
| 2 | | |
| 3 | | |
| 4 | | |

(May be continued on reverse)

revised: 02/09/2021