UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Boone / Central

**Matter to be Sealed**

☒ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Candace Anne Cook

Alias Name:

Birth Date: 03/24/1982

**Related Case Information**

Superseding Indictment? ☐ Yes ☒ No  If yes, original case number:
New Defendant(s)? ☐ Yes ☒ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA  Lynn, Jimmy Y. Jr.

**Interpreter Needed?**

☐ Yes  Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required? ☐ Yes ☒ No
Warrant Required? ☒ Yes ☐ No

**U.S.C. Citations**

Total # of Counts  2

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT FRAUD. | 1 |
| 2 | 18:1708.F THEFT OR RECEIPT OF STOLEN MAIL MATTER | 15 |
| 3 |  |  |
| 4 |  |  |

(May be continued on reverse)

revised: 02/09/2021